USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EUGENE DUNCAN AND ON BEHALF OF ALL OTHER PERSONS SIMILIARY SITUATED,

                Plaintiff,

    -against-

RESCUE SPA NEW YORK LLC,

                Defendant.
-------------------------------------------------------------------X

Case No.: 1:19-Ccv-5185

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to improving the accessibility of its Websites: www.rescuespa.com formerly known as www.rescuespa.net, and www.shoprescuespa.com, as described in the Parties' confidential settlement agreement. Defendant shall improve the accessibility of The Website by March 1, 2020 in accordance with Web Content Accessibility Guidelines ("WCAG") WCAG 2.0 Level A and AA.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website and Affiliated Websites shall be permitted to link to websites owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to

web content that is not developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED**, that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendant will commence reasonable and necessary efforts to ensure legal compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

| | |
|---|---|
| Dated: Woodbury, New York<br>August 23, 2019 | Dated: New York, New York<br>August 20, 2019 |
| KAUFMAN DOLOWICH & VOLUCK, LLP<br>*Attorneys for Defendant* | THE MARKS LAW FIRM, P.C.<br>*Attorneys for Plaintiff* |
| Jennifer E. Sherven, Esq.<br>135 Crossways Park Drive, Suite 201<br>Woodbury, New York 11797<br>(516) 681-1100 | Bradly G. Marks, Esq.<br>175 Varick Street, 3rd Floor<br>New York, New York 10014<br>(646) 770-3775 |

SO ORDERED.

Dated: August 28, 2019
       New York, New York

ANALISA TORRES
United States District Judge

- 10 -